UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOAN KENNICUTT,

    Plaintiff,

v.        Case No. 8:10-cv-00593-T-24-EAJ

ACTAVIS TOTOWA, LLC,
MYLAN PHARMACEUTICALS, INC.,
MYLAN BERTEK PHARMACEUTICALS, INC.,
and UDL LABORATORIES, INC.

    Defendants.
_____/

## ORDER

This cause comes before the Court on the Defendants' Unopposed Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. No. 5). Upon consideration, it is ORDERED that:

(1) The motion (Doc. No. 5) is **GRANTED**;

(2) This matter is **STAYED** pending a decision by the Judicial Panel on Multidistrict Litigation;

(3) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case; and

(4) Either party may move to return this case to active status at any time;

(5) The Defendants are directed to file a status report every 60 days from the date of this Order until the case is transferred to the Judicial Panel on Multidistrict Litigation.

**SO ORDERED** at Tampa, Florida, on March 16, 2010.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge